# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PAULA MCDONOUGH,

Plaintiff,

v.

DAVOL, INC. and C. R. BARD, INC.,

Defendants.

Court No. 08-cv-1202 PAM/JSM
MDL No. 1842 ML

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I certify that on May 14, 2008, I served by email, in accordance with Amended Case Management Order Section VIII, the following PDF documents:

- Cover Letter;
- Notice of Lawsuit and Request for Waiver of Service of Summons;
- Waiver of Service of Summons Form;
- Notice of Electronic Filings; and
- Summons and Complaint

to Ms. Sabina Downing, Defendants' Counsel for Service of Process (ckp.filings@crbard.com).

I further certify that I filed the relevant foregoing documents through ECF, and that ECF will send an e-notice of the electronic filing to ECF users including:

Donald A. Migliori, Plaintiffs' Liaison Counsel, (dmigliori@motleyrice.com)

Dated: May 14, 2008

CHARLES H. JOHNSON & ASSOCIATES, PA

**/s/ Charles H. Johnson**

Charles H. Johnson (#50696)
*Attorney for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112
(651) 633-5685
johnsonbarbara5@aol.com