CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01202−PAM−JSM

McDonough v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Paula McDonough**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $350 receipt number 40023413) assigned to Judge Paul A. Magnuson per Master List referred to Magistrate Judge Janie S. Mayeron, filed by Paula McDonough. (Attachments: # 1 Civil Cover Sheet) (jz) (Entered: 05/02/2008) |
| 05/02/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jz) (Entered: 05/02/2008) |
| 05/14/2008 | 2 | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing (ckp.filings@crbard.com) Defense Counsel for Service of Process on May 14, 2008 by Paula McDonough. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver of Service Form, # 2 Certificate of Service of Notice of Lawsuit and Request for Waiver of Service of Summons, Waiver of Service Form, NEFs, Summons, and Complaint)(Johnson, Charles) (Entered: 05/14/2008) |
| 05/21/2008 | 3 | WAIVER OF SERVICE Returned Executed filed by Paula McDonough. Davol, Inc. waiver sent on 5/14/2008, answer due 7/14/2008; C.R. Bard, Inc. waiver sent on 5/14/2008, answer due 7/14/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 05/21/2008) |
| 06/20/2008 | 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−20), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. |

| | | |
|---|---|---|
| | | Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 06/23/2008) |